

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| YSLETA INDEPENDENT SCHOOL DISTRICT, | § | No. 08-18-00115-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 243rd District Court |
| | § | |
| ALFONSO GUZMAN, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2017DCV1412 |
| | § | |

## **<u>MEMORANDUM OPINION</u>**

Ysleta Independent School District, Appellant, and Alfonso Guzman, Appellee, have filed a joint motion to voluntarily dismiss this appeal because the parties have settled the dispute between them. The motion is granted, and this appeal is dismissed. Pursuant to the parties' agreement, each party will bear their own costs and attorney's fees. *See* TEX. R. APP. P. 42.1(d).

GINA M. PALAFOX, Justice

March 19, 2021

Before Rodriguez, C.J., Palafox, and Alley, JJ.